# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 9, 2018

### NO. 03-16-00382-CV

**SprayFoamPolymers.Com, LLC, Appellant**

**v.**

**Frank Luciano and Helene Luciano, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### REVERSED AND RENDERED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on June 1, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing SprayFoamPolymers.Com, LLC from the lawsuit filed by Frank and Helene Luciano. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.